**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
**JOSHUA SANTERAMO, ESQ.**
Nevada Bar #12086
**SCHUETZE & McGAHA, P.C.**
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Telephone: (702) 369-3225
Facsimile: (702) 369-2110
jms@smlvlaw.net
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| RUSSELL SCHILLEREFF, an individual | Case No: 2:15-cv-01380-JAD-GWF |
| Plaintiff, | |
| vs. | |
| THOMAS MANAGEMENT CORPORATION, a Foreign Corporation; DOES I through X inclusive, and ROES CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**

**(FIRST REQUEST)**

Pursuant to the United States District Court for the District of Nevada's Local Rules 6-1 and 7-1, JOSHUA M. SANTERAMO, ESQ, counsel for Plaintiff RUSSELL SCHILLEREFF, and KRISTEN T. GALLAGHER, ESQ., counsel for Defendant THOMAS MANAGEMENT CORPORATION ("Defendant"), hereby agree and stipulate as follows:

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED** that Plaintiff RUSSELL SCHILLEREFF's September 24, 2015 deadline to file the First Amended Complaint as described in the Court's Minutes of Proceeding from September 14, 2015 (Doc. # 15) should be continued to Monday, September 30, 2015. The parties seek the brief extension to accommodate settlement discussions.

DATED this 23rd day of September, 2015.   DATED this 23rd day of September, 2015.

SCHUETZE & McGAHA, P.C.   McDONALD CARANO WILSON, LLP

By: /s/ Joshua M. Santeramo   By /s/ Kristen T. Gallagher
WILLIAM W. McGAHA, ESQ.   PAT LUNDVALL, ESQ.
JOSHUA M. SANTERAMO, ESQ.   KRISTEN T. GALLAGHER, ESQ.
601 S. Rancho Drive, Suite C-20   230 W. Sahara Ave., Suite 1200
Las Vegas, Nevada 89106   Las Vegas, Nevada 89102
Attorneys for Plaintiff   Attorneys for Defendant

**ORDER**

IT IS SO ORDERED this 24th day of September, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE