1  PAT LUNDVALL (NSBN 3761)
   KRISTEN T. GALLAGHER (NSBN 9561)
2  McDONALD CARANO WILSON LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: 702.873.4100
4  Facsimile: 702.873.9966
   lundvall@mcdonaldcarano.com
5  kgallagher@mcdonaldcarano.com

6  *Attorneys for Thomas Management Corporation
   dba Thomas Cuisine Management*

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  RUSSELL SCHILLEREFF, an individual, | Case No: 2:15-cv-01380-JAD-GWF |
| 11                    Plaintiff, | |
| 12  vs. | **STIPULATION AND ORDER REGARDING AMENDED PLEADING DEADLINE** |
| 13  THOMAS MANAGEMENT CORPORATION, a Foreign Corporation; DOES I through X inclusive, and ROES CORPORATIONS XI through XX, inclusive, | (Second Request) |
| 14 | |
| 15 | |
| 16                    Defendants. | |

17  Defendant Thomas Management Corporation dba Thomas Cuisine Management
18  ("Thomas Cuisine") and plaintiff Russell Schillereff ("Schillereff"), by and through their
19  respective undersigned counsel, hereby stipulate, agree and respectfully request that the Court
20  continue the deadline for Schillereff to file an amended pleading for thirty (30) days, up to and
21  including October 29, 2015. The Court previously granted a brief extension from September 24
22  to September 30, 2015. *See* Order Granting Stipulation to Extend Time to File First Amended
23  Complaint (First Request) (Dkt. 17).
24  …
25  …
26  …
27  …
28  …

1  The parties have reached a resolution of this matter and seek the continuance to finalize
2  dismissal documents.
3  DATED this 29th day of September, 2015.

4  McDONALD CARANO WILSON LLP    SCHUETZE & MCGAHA, P.C.

5  By: /s/ Kristen T. Gallagher    By: /s/ Joshua M. Santeramo
       Pat Lundvall (NSBN 3761)           William W. McGaha
6      Kristen T. Gallagher (NSBN 9561)   Joshua M. Santeramo
       2300 West Sahara Avenue, Suite 1200  601 S. Rancho Drive, Suite C-20
7      Las Vegas, Nevada 89102            Las Vegas, NV 89106
       Telephone: 702.873.4100            wwm@smlvlaw.net
8      Facsimile: 702.873.9966            jms@smlvlaw.net
       lundvall@mcdonaldcarano.com
9      kgallagher@mcdonaldcarano.com      *Attorneys for Plaintiff*

10  *Attorneys for Thomas Management
    Corporation dba Thomas Cuisine Management*

12                                         IT IS SO ORDERED:
13                                         _____
                                           UNITED STATES DISTRICT JUDGE
14                                         DATED: September 29, 2015

17  340594