PAT LUNDVALL (NSBN 3761)
KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
lundvall@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

*Attorneys for Thomas Management Corporation
dba Thomas Cuisine Management*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL SCHILLEREFF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS MANAGEMENT CORPORATION, a Foreign Corporation; DOES I through X inclusive, and ROES CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No: 2:15-cv-01380-JAD-GWF<br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL WITH PREJUDICE** |

Defendant Thomas Management Corporation dba Thomas Cuisine Management ("Thomas Cuisine") and plaintiff Russell Schillereff ("Schillereff"), by and through their respective undersigned counsel, hereby jointly stipulate to dismiss this action in its entirety with prejudice. Each party shall bear its/his respective fees and costs.

…

…

…

…

…

…

…

…

IT IS FURTHER STIPULATED that the Court shall retain jurisdiction over this matter to enforce any issue concerning enforcement of the Settlement Agreement and Release between the parties.

DATED this 29th day of October, 2015.

McDONALD CARANO WILSON LLP

By: /s/ Kristen T. Gallagher
   Pat Lundvall (NSBN 3761)
   Kristen T. Gallagher (NSBN 9561)
   2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada  89102
   Telephone: 702.873.4100
   Facsimile: 702.873.9966
   lundvall@mcdonaldcarano.com
   kgallagher@mcdonaldcarano.com

*Attorneys for Thomas Management Corporation dba Thomas Cuisine Management*

SCHUETZE & MCGAHA, P.C.

By: /s/ Joshua M. Santeramo
   William W. McGaha
   Joshua M. Santeramo
   601 S. Rancho Drive, Suite C-20
   Las Vegas, NV 89106
   wwm@smlvlaw.net
   jms@smlvlaw.net

*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is instructed to close this case.

Dated:  October 29, 2015.

_____
UNITED STATES DISTRICT JUDGE

343288